IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                   CIV 12-1056 MCA/KBM
                                       CR  07-0748 MCA

TRAVIS LOREN DALLY,

    Defendant-Movant.

# ORDER DENYING DISCOVERY

    This matter presently is under submission to the Court for review of Defendant's § 2255 petition, memorandum in support, the United States' response, and Defendant's "traverse" or reply. *See Docs. 1, 2, 16, 17, 18.* Defendant again requests production of documents. In addition to a copy of his own sentencing transcript, he seeks copies of the transcripts of his co-defendants' plea and sentencing hearings. *See Doc. 19.*

    The Court rejected Defendant's previous request for production, noting that the habeas rules do not call for an expansion of the record at this juncture. *See Doc. 14.* That has not changed. The Court will first review of the matters under submission before considering whether expansion is warranted. Defendant is advised that the Court take up this case in due course, but that other matters precede this case on the docket.

Wherefore,

**IT IS HEREBY ORDERED** that Defendant's second motion for production (*Doc. 19* in the civil case and *Doc. 931* in the companion criminal case) is **denied**.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE